FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 08 2004

at 12 o'clock and 25 min P M.
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 04-00338 HG |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | 18 U.S.C §922(g)(1); and 18 |
| WILLIAM S. RAMOS, | ) | U.S.C. §924(a)(2). |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

#### COUNT 1

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)]

The Grand Jury charges:

On or about May 21, 2004, in the District of Hawaii, defendant, WILLIAM S. RAMOS, having been convicted of a crime punishable by imprisonment for a term exceeding one year,

knowingly possessed in and affecting commerce, a firearm, to wit: a Smith and Wesson .38 caliber revolver bearing serial number AFP8553.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 2

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)]

The Grand Jury further charges:

On or about May 21, 2004, in the District of Hawaii, defendant, WILLIAM S. RAMOS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, ammunition, to wit: twenty-four rounds of Winchester .38 caliber ammunition.

//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: __9/8/04__, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. William S. Ramos
Cr. No._____
"Indictment"