February 2, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**RECEIVED**
CLERK U.S. DISTRICT COURT
FEB 5 2007
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-04-00338-HG
**Appeal Number:** 05-10453
**Short Title:** USA v. Ramos

Volumes

| | | | |
|---|---|---|---|
| **Clerk's Records in:** | 1 | 0 | Certified Copy(ies) |
| **Reporters Transcripts in:** | 3 | | |

| **Bulky Documents in:** | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
|---|---|---|---|---|
| | 0 Other | | | |
| **State Lodged Docs in:** | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| | 0 Other  2 sealed documents | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  November 28, 2005

To:  United States Court of Appeals    Attn:   ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                   (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103      ( )   Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:  CR 04-00338HG      Appeal No:  05-10453

Short Title:  USA vs. Ramos

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 3 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 22 & 23

Acknowledgment: _____S-DNI5_____  Date: _____

FILED
NOV 29 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: all parties of record